IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAY RAGAN                                                                                            PLAINTIFF

v.                                         Case No. 4:16-cv-4097

JOE STAFFORD and
CLIFTON STAFFORD                                                                           DEFENDANTS

## **ORDER**

Before the Court is Plaintiff Jay Ragan's Stipulation of Dismissal. (ECF No. 24). Plaintiff requests that all of his claims against Defendant Joe Stafford be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing their own fees and costs.

Accordingly, all of Plaintiff's claims against Defendant Joe Stafford are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff and Defendant Joe Stafford shall each bear their own fees and costs. Plaintiff and Defendant Clifton Stafford remain as parties to this action.

**IT IS SO ORDERED**, this 28th day of August, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge